**Opinion issued February 27, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00036-CV

———————————

**NIKOLA KNEZEVIC, INDIVIDUALLY, HREAL COMPANY, LLC, D/B/A HOMEBUY SOLUTIONS, AND QUEST TRUST COMPANY FBO NIKOLA KNEZEVIC IRA #11588-21, Appellants**

**V.**

**BARBARA ROSE, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1210053**

---

## MEMORANDUM OPINION

Appellants and appellee have filed a joint motion, pursuant to a confidential settlement agreement, to set aside the trial court's judgment and remand to the trial court for entry of an order vacating the trial court's judgment. The parties also

request immediate issuance of the mandate. The motion to set aside and remand is granted. The request for immediate issuance of the mandate is also granted.

The trial court's judgment is vacated and the case is remanded to the trial court for entry of an order consistent with the parties' settlement agreement. Any pending motions, other than those granted in this opinion, are dismissed as moot. The Clerk's Office is directed to issue mandate immediately.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.